In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00283-CV**
_____

**JP MORGAN CHASE BANK, NA, Appellant**

**V.**

**JAMES WARREN STUTTS, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-206,195**

**MEMORANDUM OPINION**

Appellant JP Morgan Chase Bank, NA filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 10, 2021
Opinion Delivered March 11, 2021
Before Golemon, C.J., Horton and Johnson, JJ.

1